**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TERRANCE BRODT, | : | |
| | : | Case No. 2:21-cv-00981-KSM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANWORTH MORTGAGE ASSET | : | |
| CORPORATION, JOSEPH E. MCADAMS, | : | |
| JOE E. DAVIS, ROBERT C. DAVIS, MARK | : | |
| S. MARON, LLYOD MCADAMS, | : | |
| DOMINIQUE MIELLE, READY CAPITAL | : | |
| CORPORATION, and RC MERGER | : | |
| SUBSIDIARY, LLC, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action").  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  March 19, 2021

**GRABAR LAW OFFICE**

By: _____

Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*